UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN CRAIG POWELL,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

No. C15-5761 BHS-KLS

ORDER DIRECTING SUBSTITUTION OF PARTY

Petitioner Steven Craig Powell has filed a petition for writ of habeas corpus naming the State of Washington as Respondent. Dkt. 4. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Powell is currently confined at the Monroe Correctional Complex (MCC). The Superintendent of the MCC is Mike Obenland.

Accordingly, the Clerk of Court is directed to substitute Mike Obenland as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 9<u>th</u> day of November, 2015.

                                          Karen L. Strombom
                                          United States Magistrate Judge

ORDER - 1